UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------x
DANIEL RODRIGUEZ, on behalf of himself and all others
similarly situated,

                      Plaintiff,

    -v.-

AMAL & DUNIA, INC.

                  Defendants.
-------------------------------------------------------------------------x

Civil Action No:
1:23-cv-3013

## NOTICE OF VOLUNTARY DISMISSAL

IT IS HEREBY AGREED TO by the Plaintiff and Plaintiff's attorney, and the

Defendant that whereas no party hereto is an infant, incompetent person for whom a

committee has been appointed or conservatee, and no person not a party has an interest in the

subject matter of the action, that the above entitled action specifically with regard to

Defendant shall be and hereby is dismissed without prejudice and on the merits, without costs,

or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal

Rules of Civil Procedure, and that a dismissal without prejudice may be entered in the above

entitled action pursuant hereto.

Dated: July 12, 2023

                                     Respectfully Submitted,

                                     */s/Mark Rozenberg*
                                     Mark Rozenberg, Esq.
7.12.2023                    **Stein Saks, PLLC**
                                     One University Plaza
                                     Hackensack, NJ 07601
                                     mrozenberg@steinsakslegal.com
                                   Tel. 201-282-6500
                                   Fax 201-282-6501
                                   *Attorneys for Plaintiff*

## **Certificate of Service**

I hereby certify that on this date, I electronically filed this Notice of Voluntary Dismissal using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record. I also emailed this Notice to all parties who have not made an appearance in this case.

This 12th day of July, 2023                    Respectfully Submitted,

                                               */s/ Mark Rozenberg*
                                               Mark Rozenberg